# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **CIVIL NO. RDB-22-2944** |
| | * | |
| **$337,155.39 in funds from Bank Account x2919, in the name of Leverage One Nine, LLC, at Bank of America, Baltimore, Maryland,** | * * * * | |
| | * | |
| **Defendant.** | * | |
| | ******* | |

## DEFAULT JUDGMENT AND
## FINAL ORDER OF FORFEITURE

Upon consideration of the United States' motion for entry of a Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), and a Final Order of Forfeiture, against $337,155.39 in funds seized from a bank account ending in x2919 held in the name of Leverage One Nine, LLC at Bank of America (the "Defendant Property"), the Court concludes that it should grant the United States' motion and enter final judgment.

Accordingly, it is hereby ORDERED, ADJUDICATED and DECREED that:

1. This Court has jurisdiction over the Defendant Property in this action.

2. The United States' Motion for Entry of Default Judgment and Final Order of Forfeiture is GRANTED.

3. The United States having filed a Verified Complaint for Forfeiture *In Rem* that complies in all respects with the pleading requirements in Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and having complied further with the notice requirements in Supplemental Rule G(4), and no person having filed a claim pursuant to Supplemental Rule G(5) within the time allowed, all right, title and interest of all persons in the

Defendant Currency is hereby fully and finally forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and/or 18 U.S.C. § 981(a)(1)(A).

4. The United States shall have judgment as to the Defendant Property and no other person or entity shall have any right, title or interest in the Defendant Property.

5. The United States shall dispose of the forfeited property in accordance with the law.

6. Pursuant to 28 U.S.C. § 2465(a)(2), this Order shall constitute certification of the Court's finding that there was reasonable cause for the seizure or arrest of the Defendant Property subject to forfeiture.

This case is hereby CLOSED. It is so ORDERED.

Date: 2/22/2024

_____
Hon. Richard D. Bennett
United States District Judge

2